UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21793-JEM

HOWARD COHAN,

    Plaintiff,

vs.

PBS AVENTURA LLC
a Florida Limited Liability Company
d/b/a PUBBELLY SUSHI

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PBS AVENTURA LLC, a Florida Limited Liability Company, d/b/a PUBBELLY SUSHI, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 1, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo**<br>GREGORY S. SCONZO, ESQUIRE<br>Florida Bar No.: 0105553<br>SAMANTHA L. SIMPSON, ESQUIRE<br>Florida Bar No.: 1010423<br>Sconzo Law Office, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 729-0940<br>Facsimile: (561) 491-9459<br>Primary Email: greg@sconzolawoffice.com<br>Primary Email: samantha@sconzolawoffice.com<br>Secondary Email: alexa@sconzolawoffice.com | BY: **/s/ Jeffrey C. Roth**<br>JEFFREY C. ROTH<br>Fla. Bar No. 331562<br>ROTH & SCHOLL<br>Attorneys for Defendant<br>866 South Dixie Highway<br>Coral Gables, Florida 33146<br>Telephone: 305-662-4141<br>Fax: 305-662-3816<br>Email: jeff@rothandscholl.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       **/s/ Gregory S. Sconzo**
                                                      **Gregory S. Sconzo, Esq.**