UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21793-CIV-MARTINEZ-BECERRA

HOWARD COHAN,

    Plaintiff,

v.

PBS AVENTURA LLC
a Florida Limited Liability Company
d/b/a PUBBELLY SUSHI,

    Defendant.
_____/

### ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court on the Parties' Notice of Settlement, (ECF No. 12), which states that the parties have settled this case. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before September 1, 2023**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of August, 2023.

                                                JOSE E. MARTINEZ
Copies provided to:                  UNITED STATES DISTRICT JUDGE
All Counsel of Record